# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONYA BURKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTLAND HACIENDA HILLS, LLC,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02168-RFB-DJA<br><br>**ORDER** |

　　　　This matter is before the Court on *pro se* Plaintiff Tonya Burks' Motion to Compel (ECF No. 18) and Motion for Recusal of Judge (ECF No. 19), filed on September 15, 2020.  The Court previously granted her *in forma pauperis* status and issued a screening order permitting her to proceed on the Second Amended Complaint on June 29, 2020.  (ECF Nos. 6 and 10).  Further, Defendant has appeared and filed a responsive pleading on September 1, 2020.  (ECF No. 15).

　　　　Plaintiff has filed a premature motion to compel.  She is required by Fed.R.Civ.P. 26 to initiate the scheduling conference and meet and confer with Defendant to agree on a proposed discovery plan that complies with Local Rule 26-1.  As such, discovery has not opened and no discovery may be compelled at this time.  The Court will deny her motion to compel without prejudice.  Similarly, her request for the recusal of Judge Youchah lacks merit as she is not a judge who is assigned to this case.  The Court will deny that request.

　　　　**IT IS HERBY ORDERED** that Plaintiff Tonya Burks' Motion to Compel (ECF No. 18) and Motion for Recusal of Judge (ECF No. 19) are **denied**.

　　　　DATED: September 15, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE